UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>PREDATION LLC and EQ GROUP CORPORATION, individually,<br><br>Defendants. | Cause No. 2:21-cv-433<br><br>NOTICE OF RELATED CASES |

COMES NOW, Plaintiff, ROBERT KESSLER (hereinafter the "Plaintiff"), through undersigned counsel, hereby files Notice with the Court of potentially related cases under LCR 3(g). LCR 3(g)(4) states that an action is related to another when the actions (A) concern substantially the same parties, property, transaction, or event; and (B) it appears likely that there

will be an unduly burdensome duplication of labor and expense or the penitential for conflicting results if the cases are conducted before different judges.

In the above-referenced matter, the Plaintiff is a disabled individual who has previously filed lawsuits in the Western District of Washington against different parties. Plaintiff's other lawsuits do not include the same defendants, properties or individual events. However, each of Plaintiff's other lawsuits have been filed pursuant to 42 U.S.C. §12181, *et. seq.,* commonly referred to as the "AMERICANS WITH DISABILITIES ACT" or "ADA" alleging discriminatory architecture at different public accommodation locations. Due to this the Plaintiff gives notice of the following other potentially related cases:

| Defendants | Cause No. | Judge Assigned |
|---|---|---|
| Kessler v. By's Burgers OKH | 2:20-cv-1710-RSL | Lasnik |
| Kessler v. Dumplings of Fury | 2:20-cv-1740-RSL | Lasnik |
| Kessler v. O&E Liquor / The Ritz | 2:21-cv- 41 | Lasnik |
| Kessler v. Esquin Wine | 2:21-cv-39 | Lasnik |
| Kessler v. Pacific Chevron APNA | 2:21-cv-83 | Lasnik |
| Kessler v. Nirvana Cannabis Co. | 2:21-cv-301 | Lasnik |
| Kessler v. 76 Gas Station Roy Street | 2:21-cv-320 | Lasnik |
| Kessler v. Smoke Plus | 2:21-cv-329 | Lasnik |
| Kessler v. Screwdriver Bar | 2:21-cv-334 | Peterson |
| Kessler v. 7-Eleven | 2:21-cv-351 | Martinez |
| Kessler v. Blockhead Machine | 2:21-cv-360 | Fricke |
| Kessler v. Shell Gas (Lander Ave) | 2:21-cv-0371-RSL | Lasnik |
| Kessler v. El Garage Car Stereo | 2:21-cv-0391-RSL | Lasnik |

|  |  |  |
|---|---|---|
| Kessler v. Sodo Chicken | 2:21-cv-406 | Lasnik |
| Kessler v. Star Brass | 2:21-cv-418 | R. Jones |
| Kessler v. Chevron Express Mart | 2:21-cv-423 | Lasnik |

DATED this 31 March 2021

Respectfully submitted,

*/s/ Derek Butz*

Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com