UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KESSLER,

                                  Plaintiff,

                vs.

PREDATION LLC and EQ GROUP
CORPORATION, individually,

                                  Defendants.

NO.  C21-433RSL

ORDER VACATING ORDER
REGARDING INITIAL DISCLOSURES,
JOINT STATUS REPORT, AND
EARLY SETTLEMENT

The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement

entered April 6, 2021, is hereby VACATED.  The Court will reissue the Order Regarding Initial

Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

DATED this 22nd day of April, 2021.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT