UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT KESSLER,<br><br>    Plaintiff,<br><br>v.<br><br>PREDATION LLC and EQ GROUP CORPORATION, individually,<br><br>    Defendants. | Case No. 2:21-cv-433 RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Considering the parties' Stipulated Motion for an Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to and including May 31, 2021.

IT IS SO ORDERED.

Dated this 6th day of May, 2021.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge

ORDER - 1
(CAUSE NO. 2:21-CV-433 RSL)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910