UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT KESSLER,

              Plaintiff,

   v.

PREDATION LLC, et al.,

              Defendants.

Case No. C21-433 TLF

ORDER OF DISMISSAL

On June 4, 2021, the Parties notified the Court that the case had settled. Dkt. 19. It appears that no issue remains for the Court's determination.

It is ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without cost to any party. In the event that settlement is not perfected, any party may move to reopen the case within **60 days** of the date of this Order. Any trial dates and pretrial dates previously set are hereby VACATED.

Dated this 9th day of June, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER OF DISMISSAL - 1